No. 84–1254. LOCAL UNION NO. 2812, LUMBER, PRODUCTION & INDUSTRIAL WORKERS v. MISSOULA WHITE PINE SASH CO. C. A. 9th Cir. Certiorari denied.

No. 84–1315. CAPPS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–1318. PIPELINE LOCAL UNION NO. 38, AFFILIATED WITH THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL–CIO v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 84–1327. SOTO ET AL. v. DICKEY ET AL. C. A. 7th Cir. Certiorari denied.

No. 84–1331. RODGERS v. UNITED STATES; and
No. 84–1342. SARGENT ELECTRIC CO. ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 84–1333. CUTAIA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 84–1335. SHNURMAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–1337. MANDALAY SHORES COOPERATIVE HOUSING ASSN., INC., ET AL. v. PIERCE, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 11th Cir. Certiorari denied.

No. 84–5195. BERNA v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 84–5597. MONAGHAN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 84–5662. WRIGHT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 84–5742. GALLOWAY v. ALLSBROOK ET AL. C. A. 4th Cir. Certiorari denied.

No. 84–5904. BALLARD v. VIRGINIA. Sup. Ct. Va. Certiorari denied.